# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Residence of Darrell Armstrong located at: 1414<br>Meadowlark Lane in Chattanooga, Tennessee. | )<br>)<br>) Case No. 1:17-mj-94<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____Tennessee_____
*(identify the person or describe the property to be searched and give its location)*:

Residence of Darrell Armstrong located at: 1414 Meadowlark Lane in Chattanooga, Tennessee. More particularly described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846 as specified in Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____May 22, 2017_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Hon. Christopher H. Steger, U.S. Magistrate Judge___.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 05/10/2017 ~~0:00 am~~ @ 10:37 a.m.   _____
                                                              *Judge's signature*

City and state: Chattanooga, Tennessee   Hon. Christopher H. Steger, U.S. Magistrate Judge
                                          *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED - 1:17-mj-94

1414 Meadowlark Lane Chattanooga, Tennessee is a one-story structure. The roof is covered with grayish-black aluminum shingles, and the front, sides, and back of the structure are covered with gray and cream-colored siding. Affiant has been to the residence. The residence is associated with Darrell ARMSTRONG.

ARMSTRONG's residence is the third house on the right side of the street when turning left onto Meadowlark Lane from East Brainerd Road in Chattanooga, Tennessee. The front porch of ARMSTRONG's residence has a concrete step leading up to the porch. Both the step and front porch are painted green. The porch is also covered by a maroon awning. The front door to the residence is located in the middle of the porch, and has a white screen door. The carport and driveway for the residence is located on the right side of the structure when facing the residence from the street.



Directions to 1414 Meadowlark Lane Chattanooga, TN

To arrive at 1414 Meadowlark Lane Chattanooga, TN from Interstate 75 North in Chattanooga, TN, take exit 3A from Interstate 75 North to merge onto East Brainerd Road. Continue on East Brainerd Road for approximately 1.3 miles, then turn left onto Meadowlark Lane. After approximately 361 feet, 1414 Meadowlark Lane will be on the right side of the street. The residence is the third house on the right.

1

1:17-mj-94

## ATTACHMENT B

1. Books, records, receipts, notes, ledgers, codes, and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, including, but not limited to marijuana, cocaine base, and powder cocaine.

2. Books, records, receipts, notes, ledgers, codes, and other papers and electronic records related to the transportation, ordering, purchasing and distribution of firearms and controlled substances.

3. Books, records, receipts, bank statements and records, financial statements, loan applications and records, wills, real estate records, money drafts, letters of credit, money orders and cashier's checks, safe deposit box keys, records and agreements, and other documents evidencing the obtaining, secreting, transferring, and/or concealing of assets and the obtaining, secreting, transferring and/or concealing of currency equivalents.

3. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds.

4. Photographs, videotapes, slides, and other visual depictions of the occupants and owner(s) of 1414 Meadowlark Lane Chattanooga, TN, controlled substances, notes, records, diaries, journals and papers, and/or assets.

5. Indicia of occupancy, residency, and/or ownership of the premises or other assets including, but not limited to, utility and telephone bills, cancelled checks, and keys.

6. Firearms, ammunition and items associated with firearms, i.e. magazines, accessories,

1

holsters, and gun cases.

7. Sales receipts for items evidencing the expenditure of currency or currency equivalents.

8. Paraphernalia for packaging, weighing, cutting, and distributing controlled substances, including but not limited to, scales, plastic bags, trash compactors, and chemical test kits.

9. Documents, books, and papers reflecting names, addresses and/or telephone numbers pertaining to, but not limited to the occupants and owner(s) of 1414 Meadowlark Lane Chattanooga, TN.

10. Computer equipment, programs, storage disks, cellular phones and printouts evidencing the distribution of controlled substances, the expenditure of currency or currency equivalents and/or indebtedness to and loan repayments to the individual(s) listed in paragraph two above.

11. Books, records, receipts, notes, ledgers, invoices, bank records, purchase records, cash receipts and disbursement journals, inventory records, and other records relating to the operation of a controlled substances distribution network.

12. Cellular telephones, including the electronic address book, stored memory feature and the SIM card (or similar type of electronic data storage card) of the cellular telephone.

13. Controlled substances, to include, but not limited to, cocaine base and powder cocaine.

14. All of which are fruits, evidence and instrumentalities of crimes against the United States of America; that is possession and possession with the intent to distribute controlled substances by the occupants and owner(s) of 1414 Meadowlark Lane Chattanooga, TN, in violation of Title 21 U.S.C. §§ 841(a)(1) and 846.

3

| Return | | |
|---|---|---|
| Case No.:<br>1:17-mj-94 | Date and time warrant executed:<br>5-18-17 @ 0630 hrs | Copy of warrant and inventory left with:<br>Darnell Armstrong |
| Inventory made in the presence of :<br>CPD Detective Lee Wolff | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- See attached sheet

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5-22-17

_____
*Executing officer's signature*

ATF SA Adam Baldwin
*Printed name and title*




# Chattanooga Police Department

SEARCH WARRANT RETURN

LOCATION: 1414 MEADOWLARK LN
COMPLAINT NUMBER: 17-46654

A Search Warrant was executed as ordered by searching the described property and/or person(s). By reason of such search the following described evidence was seized:

Crack Cocaine
Powder Cocaine
Marijuana
Misc. Drug Paraphernalia
Misc. Mail
$1,465.00 Cash
Four Cell Phones

Seized and delivered to 3204 Amnicola Hwy

This 18 Day of May, 2017

L. Wolff #455

OFFICER

FORM 23047.0
02-12-01